The People, ex rel. Abraham Dowdney, Appellant, *v.* Hubert O. Thompson, Commissioner, etc., Respondent.

(Argued April 28, 1885 ; decided May 5, 1885.)

This was an appeal from order of General Term, which reversed an order of Special Term, granting a peremptory *mandamus* commanding defendant, as commissioner of public works of the city of New York, to execute a contract to the relator for certain works for which he was a bidder.

The following is the *mem.* of opinion.

"The relator was not the lowest bidder for the work, but he claims the contract therefor because of a technical defect which is alleged to make the lowest bid so defective and irregular as to require its rejection. If his contention is well founded, that he is absolutely entitled to the contract because, under chapter 308 of the Laws of 1861, it must be deemed "confirmed in and to him" at the time the bid was opened, then he has a sufficient remedy at law by an action to recover his damages, and the court was not absolutely bound to grant the writ of *mandamus*, and it could, in the exercise of its discretion, refuse it. (*People, ex rel. Lunney,* v. *Campbell,* 72 N. Y. 496.) That discretion is not reviewable here, and the appeal should be dismissed, with costs."

*John C. Shaw* for appellant.

*D. J. Dean* for respondent.

*Per Curiam* opinion for dismissal of appeal.
All concur.
Appeal dismissed.